DISSENTING OPINION


No. 04-01-00493-CV


IN THE INTEREST OF R.H., et al., Children


From the 225th Judicial District Court, Bexar County, Texas

Trial Court No. 2000-PA-00420

Honorable David Berchelmann, Jr., Judge Presiding (1)


Opinion by: Phil Hardberger, Chief Justice

Dissenting opinion by: Sandee Bryan Marion, Justice

 

Sitting: Phil Hardberger, Chief Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: March 13, 2002



 I must respectfully dissent because I do not believe that the Craddock rule applies. This was
not, in my opinion, a post-answer "default" because the appellant's counsel appeared and participated
at the trial. Accordingly, I would conclude that the trial court did not abuse its discretion in denying
the appellant's motion for new trial.


 Sandee Bryan Marion, Justice

PUBLISH
1. The Honorable Peter Sakai presided over the hearing, and his recommendations were adopted by the
Honorable David Berchelmann, Jr.